**COMMONWEALTH of Pennsylvania,**
Appellant,

v.

**Joseph S. TAYLOR, Appellee.**

Supreme Court of Pennsylvania.

April 24, 1998.

## *ORDER*

PER CURIAM:

AND NOW, this 24th day of April, 1998, we **VACATE** the Order of the Court of Common Pleas of Allegheny County, and we **VACATE** in its entirety the suspension of Appellee Joseph S. Taylor's driver's license that the Commonwealth of Pennsylvania, Department of Transportation imposed effective December 20, 1995 as a result of Appellee's conviction in Ohio for Driving Under the Influence of Alcohol.